1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT ANTHONY SOARES,

11          Petitioner,                          No. CIV S-11-3015 DAD P

12       vs.

13   PEOPLE OF THE STATE OF
     CALIFORNIA,

14

15          Respondent.                          ORDER
     _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.  In his application for federal habeas relief, petitioner challenges a judgment of

19   conviction entered against him in the Merced County Superior Court.  Merced County is part of

20   the Fresno Division of the United States District Court for the Eastern District of California.  See

21   Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

26   /////

                                                1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7            United States District Court
             Eastern District of California
8            2500 Tulare Street
             Fresno, CA 93721

9

10   DATED: November 21, 2011.

11

12   _____

DALE A. DROZD
13   UNITED STATES MAGISTRATE JUDGE

14

15   DAD:md
     soar3015.109
16

17

18

19

20

21

22

23

24

25

26